# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GEORGIA MICHELLE KARR                                    PLAINTIFF

v.                      No. 5:17CV00020 JLH/JTR

ARKANSAS COUNTY DETENTION
CENTER; and DR. DARRAL ELKIN                          DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered separately today, this case is dismissed without prejudice. The action is terminated, and it is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 30th day of March, 2017.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE